COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

Name THOMAS, JAMES EDWARD
     (Last)    (First)    (Initial)

Prisoner Number F-21197 -- CAL. ST. PR-AT-SAC./FOL.

Institutional Address A-4, 7 Bld., C-114 - SAC/FOL, REPRESA, CALIF. 95671-0066

==========================================E-filing=========

UNITED STATES DISTRICT COURT
-- HABEAS -- CORPUS --
FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS, JAMES EDWARD    CV 10 No. 591
(Enter the full name of the plaintiff in this action)    (To be provided by the clerk of court) UNKNOWN

vs.

JAMES WALKER, WARDEN OF    COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983
CSP-AT-SAC/FOL
REPRESA, CALIFORNIA
95671-0066
(Enter the full name of the defendant(s) in this action)

    All questions on this complaint form must be answered in order for your action to proceed.

I.   Exhaustion of Administrative Remedies

    Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

    A.   Place of present confinement   CSP-AT-SAC./FOL.

    B.   Is there a grievance procedure in this institution?
         YES (X)    NO ( )

    C.   Did you present the facts in your complaint for review through the grievance procedure? YES (X) NO ( )
         VIA APPEAL ST. APP/SUPR. VSPEND

(3)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal Cal First App. Ct., 6th Dist, SJC.
cc n - - - - - - - - - Systematilly Reversed - N- later Denied
Hearing of Mandate Appvd - then Follow-up Denied. on Foll -up mis too App yon

2. First formal level CALIF. STATE Supreme
Same As Above Affirmed. cc n S - - - - - - - - -

3. Second formal level Deft. Tried To File a Continuation
- - Here-in USD Ct. F. NRN Dst of Cal. - - cc - - - - -
on The Follow-up order of Mandamus but No Accept/acq-upon-

4. Third formal level Awaiting Further/This Proceedings
heretce-Forted -- U.S. D.C. NRN D.C. Handling-of-Same.

E. Is the last level to which you appealed the highest level of appeal available to you? YES ( ) NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. No-problems on-going Attr

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. Thomas, James Edward -- CAL. ST. PR. - AT- SAC/FOL.
P.O.B. No. 290066 -- A-y., 7 Bld., C-114 -- 560 E. Natoma ST.
Represa, California - 95671-0066

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. The Santa Clara Counties Dist. ATTY.; San Jose
The Superior Court of Santa Clara County; San Jose
The San Jose-N-Mountain View Police Dept., mntvu. Cal
The Calif. State Attorney General, S.F. Cal -- 455 Gldgt. Ave S,

(A)

(N. 5)

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The County-of-Santa Clara In (Their) Relentless ploy-n-ill Search-of-mis-Justice(s) Perpetrated-n-willfully Denied Deft's His -- $1^{th}$, 4th, 5th, 6th, 8th-n-14th USC Rights e.g.: Flat denial of the Said Const. Violations Prior-n-during arrest-n-there after - even in State Prison Deft's Eighth Am. was Severely Hampered-n-Violated - by Forced Brutality Prior/during-n-after said Pseudo arrest; 2). The arresting Officer, B. Winro Stole/Illegally Confiscated 15,000 4Am dollars From Deft during the Mis-arrest-n-No return-but, 300 of 1800 dollars; 3) A Brutal Attempt-at-A coerced conf ession via Excruciating Brutal Tactics. Twisting/Bending Arm way-out-of Porportions; 8Am; 4). 14th Am Deft was systm. Denied Due Process-n-Equal Protection of The Laws of The Great St. of Calif. by The Blatant Dis-regards of The other (4)-plus, A Conflict of-Interests of The Trial-n-Appls Attorneys -- DDPD-Prejudice Jury when He Stated, For-A-Fact, that Deft was definately The Intruder in-that-Burglarized Apt -- leaving the Jury No Choice To Convict --Plus, Also, Claimed Deft Stole Base-Ball-cap To Facil. Have Getaway -- where No-One(s) Id or saw Int-Told Nor was any one(s) Touched In any Shape or Forms - Nothing Appeared Missing-except, later-on A cheap Old B.B. Cap was Said To Be Missing-n-Possibly stolen. Only Poss. Id was Green Tow SPFN Police/DA only Assumed Deft. was Intruder -w- B.B.C. Found There. Else.. Deft. Not In Defts. Possessions or area of Arrest. But So Miraculously

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

A second reversal And the Issuance of A sound workable No Refuting show-cause Hearing - with a Follow Thru on Court Proceedings there-after -- Via Mandate, if Necessary.

I declare under penalty of perjury that the foregoing is true and correct. To The Very best - of - my Knowledge - N - Beliefs :

Signed this 27 day of January, 2010

_____
(Plaintiff's signature)
-- James E. Thomas --

(6)

(rev. 5/96)

## ADDENDUM - TO - ORIG H.C.

1. In addition to the First Dist. App-ct-of Cal. S. Appeals counselor's
2. assumption of/to consider only (3) contentions for submission
3. on the Appeal Briefs for the higher courts due considerations.
4. Of which, were -- Ineffective - Assistance - Of Appeals counselor;
5. Psychological status of the defendant -n-; un-necess-
6. arily entering of late Prior -w/o- cause rightfully -n- only
7. To Prejudice court -- For in order to support any such intent To
8. Burglarous or Sexually -Assault- w/o- any of the said would- had Been Touc-ea have been
9. Victims -- one grown male -n- one grown Female, plus, a wee
10. child sleeping near by - but, by the Eye-witness reports,--
11. there was only one intruder of un-known origin. Re-
12. portidly to be wearing A light green top -- where as, Deft.
13. had on A Dark pink -n- grey top -n- definately no Gloves -n-
14. Absolutely no Head coverings- what-so-ever -- Nada/Zippo/Finni
15. in the areas he was seen in nor/or by the people (3) that
16. next door, also, (4) houses, at least, Farther west of same Apt.
17. As vividly seen the very morning (I(Deft) was released on
18. Bail from close-up as the police cars were hoovingly passing.
19. In addition to the mere two contentions raised by the
20. Countys own choice of counselors to represent Deft. on (his)
21. appeal, the following U.S. Const. Grounds were, also, severely vio-
22. lated intentionally -n- with Malice -- vehemently, so:
23. 1). The 1st AM, U.S.C. Pro. --- Delaying or denying a party
24.     Access. To-The-Courts-- By deliberately delaying court-
25.     Proceeding
26. 2). The 4th U.S.C. AM. Search -n- Seizures-- on the
27.     Night(s) in-question off. Winco, B. of the Mtnvw Pol.
28.     Dept. Stole [1,500 dollars] off my person -n- no log on books /12pm
    -- Santa Clara's Co. Flat Refusal To come and Take Deft to AHRN.--

(2)

3). The 5th U.S.C. Am. -- Police Off. O'Brians Deliberately Brutalized Deft at least twice upon initial-n-during (his) arrest, At the Police Station -- And It was Firmly Believed that he-n-a Partner(?) left their Employment-n-came to High Desert St. Pr. For Same Reason -- As Deft-was being, Nightly Brutalized By So-Cla- Persons posing-as Clo-s-n, literally dragging Deft From the Confines of the cell-n- roughly across the yard, IF ONLY, for a little cold/icy Fresh Air - Plus, Severely mal-aligned (L) upper shoulder Joint-n-deep with-in-same:

4). trying to illicit a False Confession the same was maliciously instituted even after State Inprisonment/Incarceration.... No-way Out/Around Same Also, 8th USC AM was violated there-by/of.

5). Also-n-last but, not-in-the-least — Deft's 14th USC Am. Right To-Be Treated Fairly -n- Justly in/on/at (all) Stages of a Charge-n- Sentencing by Equal Protection-of-The-Law(s) -n- Due Process-of-the-Law(s) As well, Whereas, It is Chrystal Clear that, Absolutely No Fairness was ever intended-nor-contemplated only Injustices, oh"So, Covertly Conceived And maliciously/viciously Carried-out, Continually is As, In itself, the below/following Sequential Nos. Seem too eerie-B-S-Is T. Co As is-n- Such was the case...It is a dire mis-carriage of Justice To be--Just Sitting on a toilet seat -n- Suddenly gets arrested/Brutalized, severely -n- pseudoly charged with Burglarizing an Apt. over 3/4 blocks away--Plus, trying to rape the occupants -n- Stole a cheap Base Ball Cap that is so insignificant It would Put Dillinger-To-Shame Then (10) days later being, Also, Accused of peeping into a window From A Far-away Drive-way, For the purpose of Burglarious Intentions-

1. Also, noticing that the Police, also, brought in a twenty-two
2. year old Pseudo conviction of Rape-w-violence for Deft. being
3. Coercedly-n-maliciously convicted of A-(1984) Rape, that
4. later-on, during the First Cal. App. Ct. of Appeals held an—
5. independent investigation-n-Found out that it was, also,
6. too, spurious -n- un supported -- (04/1908) -- Pg. (15-25) of the Cal App. Ct's Opinions - So saith the alleged Fem. Victim⇧
7. And Doubley "so" where -- After Dusting for F. Prints -- None, absolutely none -- were -Present-
8. Lifted and/or matched - and - w/o The use of Gloves/Hand-coverings(s) period!
9. Especially, with the, seemingly, same situations occurring more than once!!
10. Because, of it is definately A mis-carriage-of Justice where an Eye-
11. Witness IDs one party as wearing white Tennis shoes/-Another-w-Black Loafers!!
12. (Any/All) Convictions should, First, be based on reasonabilities!
13. -- No pure hard evid., seems To exist -- Before Sustaining A spurious conviction(s)
14. Know that, with the below revelations, it is error/A mis. carriage of Justice!!
15. As to the very Assumptive Accumulation(s) of only Assumptive Evidence,
16. A Sitting D/A-n-Judge-n-Jury, Just can't keep convicting A
17. Minority oriented Deft. who has no Law degree only, as the D.A. puts,
18. it, A hard knocks learning experience-n- who can continuously been-
19. either charged-n- unduly convicted of like-n-with things such as: Shoe(s)
20. Prints of unk. orig. on/and around house -n- rear steps only or A very Tainted
21. Supposidly I.D. by alleged Eywitnesses/Fictitious Back-Tracking German Shepherd Dog
22. It is/was Absolutely preposturally unsound to Judge A person as such"
23. No Justified court should support such A charge pseudo convictions!"
24. Even If The pillars-of- your society thought they were right
25. The Age old Adage still Stands -- Nothings-From-Nothings
26. Still leaves Nothings -- Gotta-Have Somethings To Addequately
27. A Pseudo charge(s)-n- conviction(s) on only pure Assumption(s)!-
28. Innvendos of The Polices Imagination(s) 6. By Posted Pol. Records.

(14)

1. It's an un-disputable fact that (Absol./Def.) no court within or without
2. this free land should ever let/allow a conviction(s) -- based on pure
3. conjecture -n- only assumptive police innuendos -w/o- Evid. to ever stand:
4. Know that, and for to see justice is not a matter supportive
5. by innuendos or pure assumption.. gotta be a believable aspect S.W.!!
6. For the said below reasings should not be condoned or allowed
7. If the below is duly allowed -- chaos results thru-out this land.
8. Be that said arrestee is a convicted or not fairness has to prevail
9. Be fully advised that no, (Absol./Def.) no criminal mis-
10. behavioral charges should be governed by pure assump-
11. ive nature -n- only mere remote possibilities to sustain!!
12. TO: This Honorable Court and Justices, Also, Here-in;
13. It is a much reasonable and justifiable supportive conclusion
14. that, in the Defts. case-n- too spurious cause - absolutely -NO- such
15. criminal mis-behavior has happened or was ever possible
16. here/there-in, on the night of Feb. 25 -n- March 6,
17. 2005 -- For as the crow -so- soarly flieth above - such
18. a vindictive accusation(s) of a dire sexual nature, never
19. happened nor was shown to any degree of -Possibilities vann-howy (Absol./Def.) non-supportive Evid./pure Assumption, etc.
20. For in Defts. mind Absolutely no police's wrongful
21. pure assumptive criminal mis-behavior should be allowed
22. in any court-of-law, that solely allows only pure con-
23. jectures to be only further, literally, assumed -w/o- any
24. supportive evidence if this/that were the case or cause
25. every thing(s) would go wrong, there would be great dis-
26. respects for any kinds of communities of desirable
27. Fairness of Proper enforcements of Same miscarriages A.D. tm.
28. It seems that Deft. is always false accused-n- convicted, needlessly.

/15/  RESPECTFULLY /James
/ J.E. Thomas--

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)


DEFTS COPY

## PRAYER

I, James Edward Thomas, the undersigned and Petitioner, do here-by, states that he is an indigent inmate with-out addequate equipments, supplies and facilities; material to properly prepare a necessary Petition for a hearing in this great court, requesting that a writ of Habeas Corpus and a writ of mandamus, be fully entertained, duly acted upon, re-instated an wholly granted, in that the County of Santa Clara has been, some-what, deliquent in bringing deft. to court and acting upon a Habeas Corpus show cause Hearing ordered by the Sixth Cal. App. Ct., S.J. on/about /April/2008) for over (11) eleven months and flatly refused to honor such a courts direct order — yet, also, flatly refused to — as an altenate- release Deft. back to the Community. For he prays that this honorable court take into consideration the dire circumstances of defts. pseudo conviction; the brutality of same prior and post arrest, in order to force/solicit a confession; the fact that deft. suffered a conflict-of-interest of both counsels, trial-n-Appeals counselors Because, the trial counselor stated to the jury: "That the Deft. was definately the perpetrator in said Burglary;" The Appeals attorney failed to raise the most crucial and pertinent aspects of the case, stating: That he did what was best — plus, "He no Bite-Hand that feeds him, worked for Co." Therefore, Deft. will ever pray that this writ will be entertained/ordered and wholly-n-Fully enforced, so that Justice will be provided to all Citizens, be-it, he may, a convict or not:

(P 16)    |01-20-10)    SAME/ J.E. Thomas

# PROOF-OF-SERVICE-BY-U.S. MAIL

Date January 27, 2010

## CALIF. INSTITUTION CSPS/F.

## REPRESA, CALIF. 95671-0066

I, J.E. Thomas, did Deposit The said Petition/Writ Entitled Habeas Corpus in The US Mail, with Copies To The Cheif Respondents, To The U.N. ST. DIST. NRN DIST. OF CALIF. 95113-- San Jose -- 280 S. First St. -- Calif. With Copies To The Following Parties -- PETITION-FOR-A Hearing of Appeal of CC.-583911- Santa Clara County -- Superior Of/For A Conviction(s) of 459/220/647 P.C. -- e.g:

COPY TO: (ORIG., ONLY) US DCT. NRN. D. CAL, OFFICE-OF-THE
*Re-Submitted-As Such -- CLERK -- FED. COURT-HOUSE BLD.
280 So. First Street
SAN JOSE, CALIF. -95113 - - - -

COPY TO:       OFFICE-OF-THE - CAL. ATTY. GEN.
                ATTORNEY'S GENERAL OFFICE
                350 McAllister Street
                San Francisco, Calif. 94102

COPY TO:       (MR.) WALKER, JAMES - WARDEN
                OF - CAL. ST. PR. - AT - SAC./FOL.
                P.O.B. No. 290066
                REPRESA, CALIF. 95671-0066

COPY TO:       SELF/DEFT. -- C.S.P.S. --

Dated This 15 day of January, 2010.

                Respectfully Submitted
                /J.E.Thomas--

(17)

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. CSP/S-F | 1. | |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

**NAME:** Thomas, James Ed.  **NUMBER:** F-21197  **ASSIGNMENT:** EDP Group Therapy  **UNIT/ROOM NUMBER:** A7-C-114

**A. Describe Problem:** I am being in prison, illegally. Because, I was takened out- to Court on (09-09-08), For a show-cause Hearing of which Santa Clara County flatly refused to Provide the said Sixth Cal. App Ct's ordered Hearing And, too quickly sent Deft/me back to Prison- with-out An ordered Hearing. Therefore, the Court show-cause- hearing was a Farce-sham-N-A-No-show. At which time I was Not taken back to the said Court for such A required/Necessary Hearing For More than A year-N-Todate, still haven't Had No ordered Hearing(s):

If you need more space, attach one additional sheet.

**B. Action Requested:** Process A Release back to My/the Community ASAP- For the County not only Falsely Convicted Deft. But, Intentionally delayed all Court/Appeals Proceedings to much more than distractions.

Inmate/Parolee Signature: _____  Date Submitted: 01-27-10

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

Staff Signature: _____  Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

(P-19)

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                             Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                                            Date: _____

CDC 602 (12/87)

# PROOF OF SERVICE
## (C.C.P §2015.5, 28 U.S.C. 1745)

I, _James Edward Thomas_ am over the age of eighteen (18) years of age, and I (am) (am not) a party to the within cause of action. My address is:

_James Edward Thomas_
_F-21197/"A" 7Bid, C-114_
_CAL. ST. PR. - A-1-F of Sea._

On, _January 27_, _2010_, I served the following documents:

1. _OFF. OF The Cal ATTY Gen 455 Golden Gate Ave SF_
2. _Office of The Warden J Walker, CSPS_
3. _Self F-21197/A-7B14, C-114, POB 4 2 7 0.66_
4. _____
5. _____

on the below named individuals by depositing true and correct copies thereof in the United States mail in Represa, California, with postage prepaid thereon, addressed as follows:

1. _Copy To The Off._
   _of The Cal Atty, SFC._
   _Self._

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the state of California that he forging is true and correct.

Executed this _27_ day of _January_, _2010_, at California State Prison-Sacramento, Represa California.

_(P. 18)_

_____
Signature of Affiant
_James E. Thomas_

# C.S.P. SACRAMENTO
## A FACILITY LIBRARY

| NAME Thomas | CDC # F-21197 | HOUSING A-7, P-114 | DATE 01-15-10 |

COURT NAME: US DCT NRN Dist. C  *DOCUMENT TO BE COPIED: ☒ (1)

TOTAL DOCUMENT PAGES: 17   X  # OF COPIES: 3  = 51   @ $0.10 EA= 5.10

TOTAL EXHIBIT PAGES: N/A   X  # OF COPIES: N/A  = N/A   @ $0.10 EA= N/A

INMATES SIGNATURE: _[signature]_     TOTAL COST: 5.10

The Law Library photocopy service is for legal documents that are considered "NEW FILINGS" (DOM 14010.21.2.4). Documents must be complete and ready to submit to the Court named on the document. The Library provides forms for proof of service and Exhibit Cover Pages to inmates upon request. All documents are reviewed for completeness before they are approved for photo copying and must include the following:

☒ Court Name and Address are correct (On Document and Proof of service)
☒ Original Signature and current date in Ink (On the document and the Proof of Service)
☒ Document to be copied signed by photocopy request applicant
☒ Original Document (must be "New Filing") being mailed *to a court*, (Not a photocopy, Document may be handwritten or typed). (A Director's Level Appeal, Government Claims Complaint, or Medical Review Board Complaint are also considered legal filings)
☒ Consecutive Page Numbers (To verify completeness of document)
☒ Proof of Service (Names same court as document and names opposing counsel if required)
☒ Correct calculation of number of copies requested
  ☒ _1_ Court ( _org_ documents + _*_ Exhibits = [From chart posted in Library]) _one_
  ☒ Opposing Counsel (Must be named on Proof of Service) _1 copy_
  ☒ Inmate  _1 copy_
  ☒ _1_ Total _Warden - 1 copy_

N/A ☒ Exhibits are attached to and mentioned in the document to be copied (Must include Exhibit Cover Page for each exhibit.)

It is strongly recommended that you carefully review your application, using the check list above, before you submit it. If your request is incomplete, the librarian or LTA will reject your request. You will be allowed to make corrections, and resubmit using a new request.

(Approved) / Rejected     Date: 1/15/2010

Reasons for rejection (Check all that apply)
☐ Document or exhibit(s) does not meet criteria for photocopying per DOM 14010.21.2
☐ No original signature and/or current date (☐ Document ☐ Proof of Service)
☐ Exhibits are not mentioned in document or ☐ exhibits not individually numbered with cover page (each exhibit)
☐ Document is incomplete and missing one or more of the following; ☐ Proof of Service ☐ Court Address ☐ Copy
Request is not complete (See above).

_J.R. Bradford_ [signature]
Ms. J.R. Bradford LTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TRUST ACCOUNT WITHDRAWAL ORDER

DATE: Jan. 15, 2010

APPROVED BY: _J.R. Bradford_  LTA  1/15/2010

To: Warden:
I hereby authorize that my Trust Account be charged $ 5.10 for the purposes stated below and authorize the withdrawal of that amount from my account.

CDC# F-21197

UN. ST. DIST. CT. NRN. D.C.

| Purpose: |
| LEGAL PHOTOCOPIES |

Copies 51  @ $0.10 = $ 5.10

revised 5/5/08

X _Thomas James E._
Print Name

X _[signature]_
Name (DO NOT PRINT)

LAW LIBRARY

(P.10)



THOMAS, JAMES EDWARD
F-21197 /"A" 7Bidg, c-114
CAL. ST. PR.-AT- SAC/FOL.
P.O.B. No. 290066
REPRESA, CALIFORNIA
95671-0069

TO: OFFICE OF THE CLERK - OF THE
U.S. Dist. (T.) NRN. Dist. OF CAL
~~CAL. ATTNY. GEN~~
~~1455 Golden Gate~~
280 South First. Street
~~San Francisco~~
SAN JOSE, CALIFORNIA
~~95103~~
95113-