IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD THOMAS, | ) | No. C 10-0591 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| MATTHEW C. KRAMER, | ) | |
| Respondent. | ) | |

The Court has dismissed this action without prejudice. Judgment is entered in favor of Respondent and against Petitioner. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/4/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\hc.10\Thomas591jud